CIVIL COVER SHEET
JS-44 (REV. 11/2020 DC)

## I. (A) PLAINTIFFS
CENTER FOR ENVIRONMENTAL HEALTH

## DEFENDANTS
EUROCHEM NORTH AMERICA CORPORATION

(B) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF **88888**
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED

(C) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)

Robert M. Sussman (DC BAR NO 226746)
SUSSMAN & ASSOCIATES
3101 Garfield Street, NW, Washington, D.C. 20008
(202) 716-0118

ATTORNEYS (IF KNOWN)

Lloyd Landreth
Landreth Law Firm, PLC
801 East B Street
Jenks, Oklahoma 74037

## II. BASIS OF JURISDICTION (PLACE AN X IN ONE BOX ONLY)

○ 1 U.S. GOVERNMENT PLAINTIFF
● 3 FEDERAL QUESTION (U.S. GOVERNMENT NOT A PARTY)
○ 2 U.S. GOVERNMENT DEFENDANT
○ 4 DIVERSITY (INDICATE CITIZENSHIP OF PARTIES IN ITEM III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN X IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) FOR DIVERSITY CASES ONLY!

|  | PTF | DFT |  | PTF | DFT |
|---|---|---|---|---|---|
| CITIZEN OF THIS STATE | ○1 | ○1 | INCORPORATED OR PRINCIPAL PLACE OF BUSINESS IN THIS STATE | ○4 | ○4 |
| CITIZEN OF ANOTHER STATE | ○2 | ○2 | INCORPORATED AND PRINCIPAL PLACE OF BUSINESS IN ANOTHER STATE | ○5 | ○5 |
| CITIZEN OR SUBJECT OF A FOREIGN COUNTRY | ○3 | ○3 | FOREIGN NATION | ○6 | ○6 |

## IV. CASE ASSIGNMENT AND NATURE OF SUIT
(PLACE AN X IN ONE CATEGORY, A-N, THAT BEST REPRESENTS YOUR CAUSE OF ACTION AND ONE IN A CORRESPONDING NATURE OF SUIT)

○ A. ANTITRUST
☐ 410 ANTITRUST

○ B. PERSONAL INJURY/MALPRACTICE
☐ 310 AIRPLANE
☐ 315 AIRPLANE PRODUCT LIABILITY
☐ 320 ASSAULT, LIBEL & SLANDER
☐ 330 FEDERAL EMPLOYERS LIABILITY
☐ 340 MARINE
☐ 345 MARINE PRODUCT LIABILITY
☐ 350 MOTOR VEHICLE
☐ 355 MOTOR VEHICLE PRODUCT LIABILITY
☐ 360 OTHER PERSONAL INJURY
☐ 362 MEDICAL MALPRACTICE
☐ 365 PRODUCT LIABILITY
☐ 367 HEALTH CARE/PHARMACEUTICAL PERSONAL INJURY PRODUCT LIABILITY
☐ 368 ASBESTOS PRODUCT LIABILITY

○ C. ADMINISTRATIVE AGENCY REVIEW
☐ 151 MEDICARE ACT
SOCIAL SECURITY
☐ 861 HIA (1395FF)
☐ 862 BLACK LUNG (923)
☐ 863 DIWC/DIWW (405(G))
☐ 864 SSID TITLE XVI
☐ 865 RSI (405(G))
OTHER STATUTES
☐ 891 AGRICULTURAL ACTS
☐ 893 ENVIRONMENTAL MATTERS
☐ 890 OTHER STATUTORY ACTIONS (IF ADMINISTRATIVE AGENCY IS INVOLVED)

○ D. TEMPORARY RESTRAINING ORDER/PRELIMINARY INJUNCTION
ANY NATURE OF SUIT FROM ANY CATEGORY MAY BE SELECTED FOR THIS CATEGORY OF CASE ASSIGNMENT.
*(IF ANTITRUST, THEN A GOVERNS)*

● E. GENERAL CIVIL (OTHER) OR ○ F. PRO SE GENERAL CIVIL

REAL PROPERTY
☐ 210 LAND CONDEMNATION
☐ 220 FORECLOSURE
☐ 230 RENT, LEASE & EJECTMENT
☐ 240 TORTS TO LAND
☐ 245 TORT PRODUCT LIABILITY
☐ 290 ALL OTHER REAL PROPERTY

PERSONAL PROPERTY
☐ 370 OTHER FRAUD
☐ 371 TRUTH IN LENDING
☐ 380 OTHER PERSONAL PROPERTY DAMAGE
☐ 385 PROPERTY DAMAGE PRODUCT LIABILITY

BANKRUPTCY
☐ 422 APPEAL 2 USC 158
☐ 423 WITHDRAWAL 28 USC 157

PRISONER PETITIONS
☐ 535 DEATH PENALTY
☐ 540 MANDAMUS & OTHER
☐ 550 CIVIL RIGHTS
☐ 555 PRISON CONDITIONS
☐ 560 CIVIL DETAINEE – CONDITIONS OF CONFINEMENT

PROPERTY RIGHTS
☐ 820 COPYRIGHTS
☐ 830 PATENT
☐ 835 PATENT – ABBREVIATED NEW DRUG APPLICATION
☐ 840 TRADEMARK
☐ 880 DEFEND TRADE SECRETS ACT OF 2016 (DTSA)

FEDERAL TAX SUITS
☐ 870 TAXES (US PLAINTIFF OR DEFENDANT)
☐ 871 IRS-THIRD PARTY 26 USC 7609

FORFEITURE/PENALTY
☐ 625 DRUG RELATED SEIZURE OF PROPERTY 21 USC 881
☐ 690 OTHER

OTHER STATUTES
☐ 375 FALSE CLAIMS ACT
☐ 376 QUI TAM (31 USC 3729(A))
☐ 400 STATE REAPPORTIONMENT
☐ 430 BANKS & BANKING
☐ 450 COMMERCE/ICC RATES/ETC
☐ 460 DEPORTATION
☐ 462 NATURALIZATION APPLICATION

☐ 465 OTHER IMMIGRATION ACTIONS
☐ 470 RACKETEER INFLUENCED & CORRUPT ORGANIZATION
☐ 480 CONSUMER CREDIT
☐ 485 TELEPHONE CONSUMER PROTECTION ACT (TCP$)
☐ 490 CABLE/SATELLITE TV
☐ 850 SECURITIES/COMMODITIES/EXCHANGE
☐ 896 ARBITRATION
☐ 899 ADMINISTRATIVE PROCEDURE ACT/REVIEW OR APPEAL OF AGENCY DECISION
☐ CONSTITUTIONALITY OF STATE STATUTES
☒ 890 OTHER STATUTORY ACTIONS (IF NOT ADMINISTRATIVE AGENCY REVIEW OR PRIVACY ACT)