AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| Center for Environmental Health | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:25-cv-04350-CKK |
| Eurochem North America Corporation | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

defendant Eurochem North America Corporation.

Date:   01/20/2026

*Attorney's signature*

Joshua D. Schnell (D.C. Bar No. 493409)
*Printed name and bar number*

Cordatis LLP
1011 Arlington Boulevard, Suite 375
Arlington, VA 22209

*Address*

jschnell@cordatislaw.com
*E-mail address*

(202) 342-2550
*Telephone number*

*FAX number*

Print   Save As...   Reset