UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CENTER FOR ENVIRONMENTAL HEALTH<br><br>*Plaintiff,*<br><br>v.<br><br>EUROCHEM NORTH AMERICA CORPORATION<br><br>*Defendant.* | Case No. 1:25-cv-04350<br><br>NOTICE OF VOLUNTARY DISMISSAL |

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff in the above-captioned action hereby files this notice of voluntary dismissal of this action with prejudice.

Dated: January 21, 2026                                             Respectfully submitted

*/s/ Robert M. Sussman*
Robert M. Sussman (DC BAR NO 226746)
SUSSMAN & ASSOCIATES
3101 Garfield Street, NW
Washington, D.C. 20008
(202) 716-0118
Bobsussman1@comcast.net